**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 06-1090

In Re:  1103 NORWALK STREET, LLC,

Debtor.

- - - - - - - - - - - - - - -

GARY IVAN TERRY,

Plaintiff - Appellant,

versus

SARAH F. SPARROW,

Trustee - Appellee.

Appeal from the United States District Court for the Middle District of North Carolina, at Durham.  James A. Beaty, Jr., District Judge.  (CA-04-743-1; BK-01-10059)

Submitted: March 30, 2006          Decided: April 10, 2006

Before TRAXLER, GREGORY, and SHEDD, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Gary Ivan Terry, Appellant Pro Se.  Sarah Flintom Sparrow; Cynthia Munk Swindlehurst, TUGGLE, DUGGINS & MESCHAN, PA, Greensboro, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Gary Ivan Terry seeks to appeal from the district court's orders dismissing his appeal from the bankruptcy court's orders denying his motion to vacate the conversion of 1103 Norwalk Street, LLC's bankruptcy case from Chapter 11 to Chapter 7, and denying his motion for reconsideration. The district court dismissed the appeal because it was not filed by a licensed attorney. We have reviewed the record and find no reversible error. Accordingly, we deny leave to proceed in forma pauperis and dismiss the appeal for the reasons stated by the district court. See Terry v. Sparrow, Nos. CA-04-743-1; BK-01-10059 (M.D.N.C. Mar. 31, 2005). Additionally, we deny Terry's motions for appointment of counsel, for review under the Administrative Procedures Act of Appellee's informal brief, and to expedite oral argument. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED